**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

FERRILL JOSEPH VOLPICELLI,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65786

**FILED**

DEC 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from an order of the district court denying a "motion to amend judgment/correct judgment." Second Judicial District Court, Washoe County; Scott N. Freeman, Judge.

On October 27, 2014, this court received a proper person notice to withdraw the appeal. Cause appearing, we will treat this motion as a motion to dismiss the appeal and grant the motion. Accordingly, we

ORDER this appeal DISMISSED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Saitta

cc: Hon. Scott N. Freeman, District Judge
Ferrill Joseph Volpicelli
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-40577